Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ford Motor Credit**<br>Creditor's Name<br>PO Box 62180<br>Colorado Springs, CO 80962<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>7/2021<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2016 GMC Canyon**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $24,837.58 | $30,000.00 |
| **2.2** **Great Western Bank**<br>Creditor's Name<br><br><br>111 S Dewey Street<br>North Platte, NE 69103<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>03/2017<br>Last 4 digits of account number<br>**2589** | Describe debtor's property that is subject to a lien<br>**Township 13, North, Range 30 West of the 6th P.M., Lincoln County, Nebraska**<br>**Section 2: All that part of the SW 1/2 NW 1/4 lying South of a tract of land more particularly described in the Deed recorded in Book 64 at Page 15 on May 29, 1928**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $340,503.06 | $800,000.00 |

| Debtor | DDM Land Management, LLC | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | John Deere Financial | Describe debtor's property that is subject to a lien | $58,286.00 | $85,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2008 JD Tractor 8300 | | |

PO Box 6600
Johnston, IA 50131-6600
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
2020
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | Town and Country Bank | Describe debtor's property that is subject to a lien | $3,300.00 | $8,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Ford 09 F250 Pick-up 4x4 | | |

423 Grand Avenue
Ravenna, NE 68869
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
2019
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$426,926.64**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor  **DDM Land Management, LLC**                                    Case number (if known)
        Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|