Fill in this information to identify the case:

Debtor name: **DDM Land Management, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEBRASKA

Case number (if known): 

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

2. Cash on hand — $3,000.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*
   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.** — $3,000.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. Accounts receivable

   11a. 90 days old or less:   44,000.00   -   0.00   = ....   $44,000.00
                                face amount        doubtful or uncollectible accounts

| Debtor | DDM Land Management, LLC | Case number (If known) | |
|---|---|---|---|

| 12. | Total of Part 3. | $44,000.00 |
|---|---|---|

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | Crops-either planted or harvested | | | |
| 29. | Farm animals *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | Farm machinery and equipment *(Other than titled motor vehicles)* | | | |
| | 2008 JD Tractor 8300 | $0.00 | | $85,000.00 |
| | 1985 JD Tractor 4840 | $0.00 | | $25,000.00 |
| | Planter-1994 John Deere 7300 tool bar | $0.00 | | $2,000.00 |
| | Precision Planting-20/20 monitor | $0.00 | | $5,600.00 |
| | Precision planting-airforce for planter | $0.00 | | $4,500.00 |
| | Trimble EZ guide 500 (2) | $0.00 | | $9,500.00 |
| | precision planting row flow | $0.00 | | $5,000.00 |
| | Gooseneck flatbed-roadboss 30ft | $0.00 | | $5,000.00 |
| | Trimble Autosteer for JD 4840 | $0.00 | | $12,000.00 |
| | Fuel trailer- 2 wheel | $0.00 | | $2,000.00 |

| Debtor | DDM Land Management, LLC | Case number (If known) | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 35' Van Trailer | | $0.00 | $2,500.00 |
| Hull tilt bed trailer-2015 | | $0.00 | $3,000.00 |
| Great plains 26 ft drill-2014 | | $0.00 | $40,000.00 |
| Olson pivots on NP property | | $0.00 | $15,000.00 |
| Cornhusker 79'grain trailer | | $0.00 | $7,500.00 |
| Submisserable Well-NP farms | | $0.00 | $3,800.00 |
| Crop x 2 foot probes | | $0.00 | $17,250.00 |
| CropMetrics systems | | $0.00 | $5,600.00 |
| Field commanders | | $0.00 | $1,990.00 |
| Electrical motors | | $0.00 | $140.00 |
| 12 volt motor | | $0.00 | $410.00 |
| Electrical plugs | | $0.00 | $200.00 |
| Electrical wire | | $0.00 | $75.00 |
| Mister mister's | | $0.00 | $700.00 |
| Switch assemblies-12 volt | | $0.00 | $500.00 |
| Fertilzer pumps | | $0.00 | $1,500.00 |
| 20/20 seed sensor monitors | | $0.00 | $5,000.00 |
| Seed tubes | | $0.00 | $144.00 |

31. Farm and fishing supplies, chemicals, and feed

32. Other farming and fishing-related property not already listed in Part 6

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.   $260,909.00

34. Is the debtor a member of an agricultural cooperative?
    ■ No

| | | |
|---|---|---|
| Debtor | DDM Land Management, LLC | Case number (If known) |
| | Name | |

☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Desks, chairs, filing cabinets | $0.00 | | $500.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Lap top Lenovo/printer | $0.00 | | $300.00 |
| | Lenovo Desktop | $0.00 | | $500.00 |
| | HP oficejet and shredder | $0.00 | | $150.00 |
| | Copiers | $0.00 | | $250.00 |
| | Educational materials | $0.00 | | $600.00 |
| | Business Forms | $0.00 | | $200.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                               $2,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 4
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | DDM Land Management, LLC | Case number (If known) | |
|---|---|---|---|
| | Name | | |

☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. 1999 GMC Pickup | $0.00 | | $3,000.00 |
| 47.2. 1993 Dodge Pickup 4x4 | $0.00 | | $4,000.00 |
| 47.3. Freightliner 1996 | $0.00 | | $5,000.00 |
| 47.4. Ford 09 F250 Pick-up 4x4 | $0.00 | | $8,000.00 |
| 47.5. 2016 GMC Canyon | $0.00 | | $30,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. 1999 Yahama 400 ATV | $0.00 | | $1,700.00 |
| 48.2. 2007 Yamaha 400 (grizzly) ATV | $0.00 | | $3,500.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Snow Blades (2) | $0.00 | | $1,400.00 |
| Soil probe two stage hydraulic/frame | $0.00 | | $2,000.00 |
| Chemigation stand agri-inject | $0.00 | | $450.00 |
| Precison planting meter max 08' | $0.00 | | $2,500.00 |
| Torch oxygen/acetylene | $0.00 | | $250.00 |

| Debtor | DDM Land Management, LLC | | Case number (If known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Air compressor 44 gallon powermate | $0.00 | | $150.00 |
| Fire extinguishers 3-1lb & 2-10lb | $0.00 | | $25.00 |
| Air tools | $0.00 | | $225.00 |
| Hand tools | $0.00 | | $1,500.00 |
| Electrical tools | $0.00 | | $1,500.00 |
| Powerwasher | $0.00 | | $250.00 |
| ATV sprayer | $0.00 | | $300.00 |
| Irrigation parts | $0.00 | | $500.00 |
| Portable generator | $0.00 | | $250.00 |
| Metal supplies | $0.00 | | $250.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.           $66,750.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | DDM Land Management, LLC | Case number (If known) |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.1. | Township 13, North, Range 30 West of the 6th P.M., Lincoln County, Nebraska Section 2: All that part of the SW 1/2 NW 1/4 lying South of a tract of land more particularly described in the Deed recorded in Book 64 at Page 15 on May 29, 1928, and lying West of a tract of land more particularly described in Book 336 at Page 270 recorded on December 30, 1982, EXCEPT land deeded to Farm Credit Services of America, FLCA as Instrument #2001-02617 on May 1, 2001 | $0.00 | Appraisal | $800,000.00 |

56. **Total of Part 9.**  $800,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Van trailer-storage**                                                                    $1,000.00

    **Shed storage**                                                                           $2,500.00

    **Cargo storage**                                                                          $3,000.00

78. **Total of Part 11.**                                                                      $6,500.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **DDM Land Management, LLC**                                   Case number *(If known)*
        Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $3,000.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $44,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $260,909.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $2,500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $66,750.00 | |
| 88. Real property. *Copy line 56, Part 9.....................>* | | $800,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $6,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $383,659.00 | + 91b. $800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,183,659.00 |